UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA (INDIANAPOLIS)

RONALD MILLER,
    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
    Defendant.

Case No. 1:23-cv-01136-MPB-MKK

Judge Matthew P Brookman
Magistrate Judge M. Kendra Klump

### ORDER GRANTING STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC WITHOUT PREJUDICE

This matter came before the Court on Plaintiff RONALD MILLER ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Defendant's") Stipulation of Dismissal,

And the Court, being duly advised in the premises now finds that said Stipulation should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint and cause of action should be dismissed without prejudice as to Defendant. The Clerk of Court is directed to dismiss EQUIFAX INFORMATION SERVICES, LLC, only.

**IT IS SO ORDERED**.

Dated: July 15, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA (INDIANAPOLIS)**